IN THE MATTER OF THE CLOSING OF JAMESBURG HIGH
SCHOOL, SCHOOL DISTRICT OF THE BOROUGH OF
JAMESBURG, MIDDLESEX COUNTY.

July 10, 1979. Petitions for certification granted. (See 169
*N.J.Super.* 328).

DIRECTOR, DIVISION ON CIVIL RIGHTS v. SLUMBER, INC.

July 10, 1979. ORDERED that the appeal is dismissed in part
and Point IV of the appellants' brief on the merits of the appeal
is hereby suppressed. (See 166 *N.J.Super.* 95).

KEVIN GALLIGAN v. WESTFIELD CENTRE SERVICE, INC.

July 10, 1979. Petition for certification granted. (See 166
*N.J.Super.* 392).

EAST BRUNSWICK DEVELOPERS, INC.

v.

STATE OF NEW JERSEY, DEPT. OF THE TREASURY,
DIRECTOR, DIVISION OF TAXATION.

July 13, 1979. Petition for certification denied.

IN THE MATTER OF THE COURT BUDGET AND COURT
PERSONNEL IN ESSEX COUNTY.

July 13, 1979. Certification to Superior Court, Law Division
granted.